UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TREMONTI PERRY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:07 CV 440 RWS |
| ) | DDN |
| TROY STEELE, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

**IT IS HEREBY ORDERED** that the motion of petitioner (Doc. 15) for a second extension of time is sustained, and petitioner may have until August 30, 2007, in which to file his traverse.

    /S/ David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on July 31, 2007.